UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
REBA KHAN,

          Plaintiff,

  -against-

UNITED STATES OF AMERICA,

          Defendant.
----------------------------------- X

No. 18 Civ. 981 (JFK)
**ORDER**

**JOHN F. KEENAN, United States District Judge:**

On October 9, 2019, the Court granted Defendant's request for an extension of the fact discovery deadline in this case. As a result, discovery is not scheduled to be completed until at least February 20, 2020.

Accordingly, the conference that is currently scheduled for December 2, 2019 is adjourned to February 25, 2020, at 11 a.m.

**SO ORDERED.**

Dated: New York, New York
      November 25, 2019

_____
John F. Keenan
United States District Judge