UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
       Khan

         -V-            :       #18 Cv 981 (JFK)

       U.S.A.        :

-----------------------------------X

The conference in this case is adjourned from February 25, 2020 to **February 24, 2020 at 10:45 a.m. in Courtroom 20-C**.

SO ORDERED.

Dated: New York, New York

2-19-20

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-19-20