AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

Reba Khan

Plaintiff (s),

V.

United States of America

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18 Civ. 981 (JFK)

Notice is hereby given that, subject to approval by the court, United States of America substitutes
(Party (s) Name)

Kirti V. Reddy , State Bar No. n/a (NY) as counsel of record in
(Name of New Attorney)

place of Casey K. Lee .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: U.S. Attorney's Office for the Southern District of New York
Address: 86 Chambers Street, 3rd Floor, New York, NY 10007
Telephone: (212) 637-2751  Facsimile (212) 637-2786
E-Mail (Optional): kirti.reddy@usdoj.gov

I consent to the above substitution.
Date: 2/18/2020
(Signature of Party (s))

I consent to being substituted.
Date: 2/14/2020

CASEY LEE  Digitally signed by CASEY LEE
Date: 2020.02.14 10:08:17 -05'00'
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/14/2020

KIRTIBEN REDDY  Digitally signed by KIRTIBEN REDDY
Date: 2020.02.18 11:39:25 -05'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: New York, New York
February 19, 2020

John F. Keenan
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-19-20