```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
REBA KHAN,                        :
                                  :
                  Plaintiff,      :      No. 18 Civ. 981 (JFK)
                                  :
       -against-                  :          ORDER
                                  :
UNITED STATES OF AMERICA,         :
                                  :
                  Defendant.      :
-------------------------------- X
```

**JOHN F. KEENAN, United States District Judge:**

The filing deadline for pre-trial motions, previously scheduled for May 4, 2020, is adjourned to **June 8, 2020**.

The filing deadline for the parties to request a settlement conference before a Magistrate Judge, previously scheduled for May 1, 2020, is adjourned to **June 1, 2020**.

**SO ORDERED.**

Dated:  New York, New York
        April 23, 2020

_____
John F. Keenan
United States District Judge