```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
REBA KHAN,                       :
                                 :
              Plaintiff,         :    No. 18 Civ. 981 (JFK)
                                 :
     -against-                   :           ORDER
                                 :
UNITED STATES OF AMERICA,        :
                                 :
              Defendant.         :
-------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2021

**JOHN F. KEENAN**, United States District Judge:

In the event the parties' motions for summary judgment are denied, the bench trial in this case will commence on **June 14, 2021**.

**SO ORDERED.**

Dated:  New York, New York
        February 24, 2021

_____
John F. Keenan
United States District Judge